**Stacy Bravo**

| | |
|---|---|
| From: | America Alvarez [aalvarez@coronapa.com] |
| Sent: | Saturday, March 04, 2017 9:12 AM |
| To: | 'Stacy Bravo' |
| Cc: | bk1@coronapa.com |
| Subject: | FW: U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: Yolanda Uribe, Case Number: 14-15048, AJC, Ref: [p-105303652] |
| Attachments: | B_P11415048CGFD440241.PDF |

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Saturday, March 4, 2017 9:11 AM
**To:** bk@coronapa.com
**Subject:** U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: Yolanda Uribe, Case Number: 14-15048, AJC, Ref: [p-105303652]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

March 5, 2017

MAR 13 2017

From: United States Bankruptcy Court, Southern District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Yolanda Uribe, Case Number 14-15048, AJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Miami**

Undeliverable Address:
Cynergy Data
c/o Merchant Services

1

30-30 47th Ave
Long Island City, NY 11101

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2001 WESTSIDE PKWY STE 155, ALPHARETTA GA 30004-8905 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

26. newbridge Road, Suite 200
Hickville, NY 11801

_____    _____
Signature of Debtor or Debtor's Attorney    Date

*America Alvarez for Ricardo Corona*

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**