# BK Calendar

**From:** America Alvarez [aalvarez@coronapa.com]
**Sent:** Friday, March 10, 2017 3:46 PM
**To:** 'Stacy Bravo'
**Cc:** 'Adanys Penate'
**Subject:** FW: U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: Yolanda Uribe, Case Number: 14-15048, AJC, Ref: [p-105507075]
**Attachments:** R_P11415048CGFD440241.PDF

Return mail.

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Friday, March 10, 2017 3:40 PM
**To:** bk@coronapa.com
**Subject:** U.S. Bankruptcy Court, Southern District of Florida - Returned Mail Notice, In re: Yolanda Uribe, Case Number: 14-15048, AJC, Ref: [p-105507075]

Notice of Returned Mail to Debtor/Debtor's Attorney

March 10, 2017

From: United States Bankruptcy Court, Southern District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

MAR 27 2017
CL

In re: Yolanda Uribe, Case Number 14-15048, AJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Miami**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Deutsche Bank National Trust Company
c/o Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412

THE UPDATED ADDRESS IS:
600 Brickell Ave #2050 Miami, FL 33131

1

_[signature]_ America Alvarez (#0716080) for Ricardo Osorio      3/22/17
Signature of Debtor or Debtor's Attorney                          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.