

**ORDERED in the Southern District of Florida on December 18, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

| | |
|---|---|
| YOLANDA URIBE | CASE NO.: 14-15048-AJC |
| AKA YOLANDA VELEZ, | CHAPTER 13 |
|     Debtor(s). | |
| _____/ | |

### ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DE 82]

THIS CASE having come before the Court for hearing on December 17, 2019 at 9:00 a.m. on Creditor's, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE8, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2004-HE8 (the "Creditor"), Motion for Relief from the Automatic Stay [DE 82] filed May 29, 2019 (the "Motion") and the Court having reviewed the Motion, it is:

YBB

**ORDERED:**

1. The hearing on the Creditor's Motion for Relief from the Automatic Stay [DE 82] is continued to January 28, 2020 at 9:00 a.m., to be held at 301 North Miami Avenue, Courtroom 7, Miami, FL 33128.

###

Submitted by:

Ida A. Moghimi-Kian
SHD Legal Group P.A.
PO BOX 19519
Fort Lauderdale, FL 33318
Imoghimi-kian@shdlegalgroup.com
*Attorneys for Creditor*

*Attorney for Creditor, Ida A. Moghimi-Kian, shall serve a copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-(F)*

Copies furnished to:

YOLANDA URIBE AKA YOLANDA VELEZ
1229 CORDOVA ST, MIAMI, FL 33134
*Debtor(s)*

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR, MIAMI, FL 33126
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806, MIRAMAR, FL 33027
*Trustee*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204, MIAMI, FL 33130
*U.S. Trustee*